Argued January 20, affirmed February 7, 1978

CONRAD, *Respondent,*
*v.*
ARGONAUT INSURANCE COMPANIES, *Petitioner.*
(No. 75-3059, CA 9289)
573 P2d 1278

Richard Wm. Davis, Portland, argued the cause for petitioner. With him on the brief was Lindsay, Nahstoll, Hart, Neil & Weigler, Portland.

Gregory L. Decker, Albany, argued the cause for respondent. On the brief were J. David Kryger and Emmons, Kyle, Kropp & Kryger, Albany.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

Petitioner seeks reversal of an order of the Workers' Compensation Board which held that claimant's myocardial infarction was compensable. We concur with the Board's findings.

Affirmed.